No. 542. MEDBERRY *v.* PATTERSON, WARDEN, ET AL. Supreme Court of Colorado. Certiorari denied. *Samuel D. Menin* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John W. Patterson,* Assistant Attorney General, for respondents.

No. 544. SEABOARD MACHINERY CORP. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Leo L. Foster* and *Charles M. Trammell* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 548. BARTA ET AL. *v.* OGLALA SIOUX TRIBE, PINE RIDGE RESERVATION, SOUTH DAKOTA, ET AL. C. A. 8th Cir. Certiorari denied. *Hubbard F. Fellows, John C. Farrar* and *Robert W. Gunderson* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States, and *Richard Schifter* and *Eugene Gressman* for the Oglala Sioux Tribe et al., respondents.

No. 592. WABASH RAILROAD CO. *v.* WEHRLI. Supreme Court of Missouri. Certiorari denied. *Richard Wayne Ely* for petitioner. *Mark D. Eagleton* and *Eugene K. Buckley* for respondent.

No. 475. FRANKO *v.* MAHONING COUNTY BAR ASSOCIATION. Supreme Court of Ohio. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Eugene Gressman* for petitioner. *John H. Ranz* for respondent.